IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| AMINATA SMITH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-05-4340 |
| | § | Criminal Action No. H-04-196-02 |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

As the Court has directed the clerk to re-enter the judgment of conviction in the criminal case, the Court hereby

ORDERS that Aminata Smith's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody (Civil Document No. 1; Criminal Document No. 81) is DISMISSED WITHOUT PREJUDICE.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this __19__ day of July, 2006

DAVID HITTNER
United States District Judge