United States Court of Appeals
Fifth Circuit

**F I L E D**
June 6, 2007

Charles R. Fulbruge III
Clerk

United States District Court
Southern District of Texas
FILED

JUL - 2 2007

Michael N. Milby
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 06-20646
Summary Calendar

D.C. Docket No. 4:04-CR-196-2

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

AMINATA SMITH, also known as ATA

    Defendant - Appellant

Appeal from the United States District Court for the Southern District of Texas, Houston.

Before DAVIS, WIENER, and BENAVIDES, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: **JUN 3 0 2007**

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
    Deputy

New Orleans, Louisiana    JUN 3 0 2007